No. 23-2765

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| NIKKOLAI ANDERSON, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiff-Appellant, | ) | District of Illinois |
| | ) | |
| v. | ) | Case No. 20-cv-7721 |
| | ) | |
| MOTT STREET | ) | Honorable Thomas M. Durkin |
| | ) | Judge Presiding |
| Defendant-Appellee. | ) | |

**APPELLANT'S MOTION TO FILE APPELLANT'S REPLY BRIEF INSTANTER**

Plaintiff-Appellant, Nikkolai Anderson, by and through her attorney, Sean Brown, moves this Honorable Court to file its Reply Brief Instanter pursuant to Fed. R. App. P. 2, Circuit Rule 2 of the United States Court of Appeals for the Seventh Circuit, Fed. R. App. P. 26, and Circuit Court Rule 26. In support thereof, Appellant states as follows:

1. On April 30, 2024, this Court entered an Order extending the time to file Appellant's Reply Brief to May 3, 2024.

2. Prior to the filing deadline, on May 1, 2024, appellant's counsel fell ill due to a medical condition concerning blood sugars and was unable to complete drafting the brief by the filing deadline of May 3, 2024.

3. Appellant, however, has now completed Appellant's Reply Brief, and hereby requests that the Court issue an Order allowing Appellant to file Appellant's Brief instanter so that physical copies may be delivered to the clerk's office by the end of business day on May 6, 2024.

Wherefore, the Plaintiff-Appellant requests that this Court enter an Order allowing Appellant to file Appellant's Reply Brief instanter.

Dated: May 6, 2024

                        Respectfully submitted,

                        */s/ Sean Brown*

                        Sean Brown (ARDC #6308654)
                        The Law Office of Sean Brown, LLC
                        111 West Jackson Blvd., Suite 1700
                        Chicago, IL  60604
                        T:  (312) 675-6116
                        F:  (312) 675-6001
                        attorneyseanbrown@gmail.com
                        **Counsel for Plaintiff-Appellant,**
                        **Nikkolai Anderson**

No. 23-2765

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| NIKKOLAI ANDERSON, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
| Plaintiff-Appellant, | ) | District of Illinois |
| | ) | |
| v. | ) | Case No. 20-cv-7721 |
| | ) | |
| MOTT STREET | ) | Honorable Thomas M. Durkin |
| | ) | Judge Presiding |
| Defendant-Appellee. | ) | |

## CIRCUIT COURT RULE 26 AFFIDAVIT OF APPELLANT

1. The contents of the Motion to File Appellant's Reply Brief Instanter are true and accurate.

2. On April 30, 2024, this Court entered an Order extending the time to file Appellant's Reply Brief to May 3, 2024.

3. Prior to the filing deadline, on May 1, 2024, appellant's counsel fell ill due to a medical condition concerning blood sugars and was unable to complete drafting the brief by the filing deadline of May 3, 2024.

4. Appellant's counsel, with due diligence and giving priority to this Honorable Court's May 3, 2024, deadline made reasonable efforts to prepare Appellant's Reply Brief but was unable to complete drafting the brief by the filing deadline of May 3, 2024 due to medical problems.

5. Appellant's counsel, however, has now completed Appellant's Reply Brief, and hereby requests that the Court issue an Order allowing Appellant to file Appellant's Reply

3

Brief instanter so that physical copies may be delivered to the clerk's office by the end of business day on May 6, 2024.

6. Accordingly, extreme hardship to counsel will result unless an extension is granted.

Under penalties as provided by law pursuant to 28 U.S.C. § 1746; 18 U.S.C. § 1621 of the United States Code, the undersigned certifies that the statements set forth herein are true and correct to the best of his knowledge and belief.

| | |
|---|---|
| /s/ *Sean Brown* | May 6, 2024 |
| Sean Brown | Date |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a copy of the foregoing Appellant's Motion to File Appellant's Reply Brief Instanter was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

By: /s/ Sean Brown<br>Attorney for Appellant