# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

June 13, 2024

Before
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 23-2765 | NIKKOLAI ANDERSON,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>MOTT STREET,<br>　　　　　Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-07721 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Thomas M. Durkin ||

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)