United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 5, 2024

**Before**

MICHAEL Y. SCUDDER, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

No. 23-2765

| | |
|---|---|
| NIKKOLAI ANDERSON,<br>*Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v*. | No. 1:20-cv-07721 |
| MOTT STREET,<br>*Defendant-Appellee*. | Thomas M. Durkin,<br>*Judge*. |

**O R D E R**

On consideration of the petition for panel rehearing or rehearing en banc, no judge in regular active service has requested a vote on the petition for rehearing en banc[1] and the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for panel rehearing or rehearing en banc is **DENIED**.

---

[1] Circuit Judge Nancy L. Maldonado did not participate in the consideration of this petition for rehearing en banc.