# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 13, 2024

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| No. 23-2765 | NIKKOLAI ANDERSON, <br>     Plaintiff - Appellant <br><br> v. <br><br> MOTT STREET, <br>     Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-07721 <br> Northern District of Illinois, Eastern Division <br> District Judge Thomas M. Durkin ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 139.50 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 08/13/2024 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate** (form ID: **135**)